UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03.30.15
```

HOUSE OF EUROPE FUNDING I LTD.,

          Plaintiff,

-v-

WELLS FARGO BANK, N.A. *and*
COLLINEO ASSET MGMT. GMBH,

          Defendants.

No. 13-cv-519 (RJS)
OPINION AND ORDER

RICHARD J. SULLIVAN, District Judge:

    On March 30, 2015, the Court issued an opinion and order granting the motion for summary judgment filed by Defendant Collineo Asset Management GMBH ("Collineo") against Plaintiff House of Europe I, Ltd. ("HOE I"). The Court is now in receipt of a letter from HOE I seeking leave to supplement the summary judgment record. (Doc. No. 148.) In light of the Court's March 30 Order, HOE I's anticipated motion to supplement the summary judgment record is deemed made and denied as moot. However, based on HOE I's representation that "a recent development" "would cure any standing defect and moot the entire basis for Collineo's motion," IT IS HEREBY ORDERED THAT all parties to this action – HOE I, Collineo, and Defendant Wells Fargo Bank, N.A. – shall appear to discuss the ramifications of HOE I's letter on Monday, April 6 at 12:00 p.m.

SO ORDERED.

Dated:    March 30, 2015
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE